DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

VICTOR MANUEL SANTAMARIA,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1738

_____

April 5, 2024

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Manatee County; Lon S. Arend, Judge.

Victor Manuel Santamaria, pro se.

PER CURIAM.

Affirmed.

NORTHCUTT, KHOUZAM, and BLACK, JJ., Concur.

_____

Opinion subject to revision prior to official publication.